THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00360-MR

RALPH ONEIL STARNES, et al.,    )
                                )
        Plaintiffs,              )
                                )
                                )
    vs.                         )    O R D E R
                                )
                                )
A.O. SMITH CORPORATION,         )
et al.,                         )
                                )
        Defendants.             )
_____ )

**THIS MATTER** is before the Court on the Plaintiffs' motion for the admission of attorney Tiffany N. Dickenson as counsel *pro hac vice*. [Doc. 78]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' motion [Doc. 78] is **ALLOWED**, and Tiffany N. Dickenson is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**          Signed: January 11, 2013

Martin Reidinger
United States District Judge