THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00360-MR

| | |
|---|---|
| RALPH ONEIL STARNES, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ) <br> A.O. SMITH CORPORATION, ) <br> et al., ) <br> Defendants. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on Defendant Riley Power Inc.'s motion for the admission of attorney Elisabeth Cheatham Bond as counsel *pro hac vice*. [Doc. 98]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 98] is **ALLOWED**, and Elisabeth Cheatham Bond is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: January 16, 2013

Martin Reidinger
United States District Judge