# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### CIVIL CASE NO. 1:12-cv-00360-MR

| | |
|---|---|
| RALPH ONEIL STARNES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| A.O. SMITH CORPORATION, ) | |
| et al., ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Defendant Rheem Manufacting Company's motion for the admission of attorney Eric T. Hawkins as counsel *pro hac vice*. [Doc. 152]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 152] is **ALLOWED**, and Eric T. Hawkins is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**       Signed: January 24, 2013

Martin Reidinger
United States District Judge