THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00360-MR-DLH

| | |
|---|---|
| RALPH ONEIL STARNES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| A.O. SMITH CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Joint Motion to Dismiss Defendant Warren Pumps, LLC [Doc. 174].

For the reasons stated in the Joint Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 174] is **GRANTED**, and the claims of the Plaintiffs Ralph O'Neil Starnes and Betty Starnes against Defendant Warren Pumps, LLC are hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

Signed: April 12, 2013

Martin Reidinger
United States District Judge