THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00360

| | |
|---|---|
| RALPH ONEIL STARNES, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>)<br>A.O. SMITH CORPORATION, )<br>et al., )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant Honeywell International, Inc.'s motion for the admission of attorney Cathy R. Gordon as counsel *pro hac vice*. [Doc. 267]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 267] is **ALLOWED**, and Cathy R. Gordon is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: May 22, 2013

Martin Reidinger
United States District Judge