THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00360-MR

| | | |
|---|---|---|
| RALPH ONEIL STARNES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| A.O. SMITH CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the Defendant Honeywell International, Inc.'s motion for the admission of attorney Kenneth S. Mroz as counsel *pro hac vice*. [Doc. 278]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 278] is **ALLOWED**, and Kenneth S. Mroz is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk.

**IT IS SO ORDERED.**

Signed: June 12, 2013

Martin Reidinger
United States District Judge