IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12 CV 360

RALPH ONEIL STARNES and )
BETTY STARNES, Spouse, )
)
    Plaintiffs )
)
V ) **ORDER**
)
A. O. SMITH CORPORATION, et al., )
)
    Defendants )

**THIS MATTER** is before the court on H. Lee Davis, Jr.'s Application for Admission to Practice *Pro Hac Vice* of Nicholas J. Zidik. It appearing that Nicholas J. Zidik is a member in good standing with the Pennsylvania State Bar and will be appearing with H. Lee Davis, Jr., a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that H. Lee Davis, Jr.'s Application for Admission to Practice *Pro Hac Vice* (#307) of Nicholas J. Zidik is **GRANTED**,

and that Nicholas J. Zidik is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with H. Lee Davis, Jr.

Signed: November 5, 2013

Dennis L. Howell
United States Magistrate Judge