IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12 CV 360

| | |
|---|---|
| RALPH ONEIL STARNES and ) | |
| BETTY STARNES, Spouse, ) | |
| ) | |
|     Plaintiffs ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| A. O. SMITH CORPORATION, et al., ) | |
| ) | |
|     Defendants ) | |

**THIS MATTER** is before the court on Mark. E. Anderson's Application for Admission to Practice *Pro Hac Vice* of Raja Shankar Mishra. It appearing that Raja Shankar Mishra is a member in good standing with the Maryland State Bar and will be appearing with Mark E. Anderson, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Mark E. Anderson's Application for Admission to Practice *Pro Hac Vice* (#313) of Raja Shankar Mishra is

**GRANTED**, and that Raja Shankar Mishra is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Mark E. Anderson.

Signed: December 4, 2013

Dennis L. Howell
United States Magistrate Judge