THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00360-MR-DLH

RALPH O'NEIL STARNES, et al.,          )
                                        )
              Plaintiffs,               )
                                        )
vs.                                     )    **O R D E R**
                                        )
A.O. SMITH CORPORATION, et al.,         )
                                        )
              Defendants.               )
_____ )

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Defendant Blackmer Pump Company [Doc. 317].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 317] is **GRANTED**, and all of the Plaintiffs' claims against Defendant Blackmer Pump Company are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendant Blackmer Pump Company's Motion to Dismiss [Doc. 250] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: February 4, 2014

Martin Reidinger
United States District Judge