THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00360-MR-DLH

RALPH O'NEIL STARNES, et al., )
)
        Plaintiffs, )
)
vs. )    O R D E R
)
A.O. SMITH CORPORATION, et al., )
)
        Defendants. )
_____ )

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Defendant Invensys Systems, Inc. [Doc. 318].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 318] is **GRANTED**, and all of the Plaintiffs' claims against Defendant Invensys Systems, Inc. are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendant Invensys Systems, Inc.'s Motion to Dismiss [Doc. 249] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: February 4, 2014

Martin Reidinger
United States District Judge