THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00360-MR-DLH

| | |
|---|---|
| RALPH O'NEIL STARNES, et al.,      ) <br> ) <br> Plaintiffs,      ) <br> ) <br> vs.      ) <br> ) <br> A.O. SMITH CORPORATION, et al.,      ) <br> ) <br> Defendants.      ) <br> _____ ) | <u>O R D E R</u> |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Defendant Henry Pratt Company [Doc. 316].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 316] is **GRANTED**, and all of the Plaintiffs' claims against Defendant Henry Pratt Company are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: February 4, 2014

Martin Reidinger
United States District Judge