THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00360-MR-DLH

| | |
|---|---|
| RALPH O'NEIL STARNES, et al., ) ) Plaintiffs, ) ) vs. ) ) A.O. SMITH CORPORATION, et al., ) ) Defendants. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Defendant Rheem Manufacturing Company [Doc. 342].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 342] is **GRANTED**, and all of the Plaintiffs' claims against Defendant Rheem Manufacturing Company are hereby **DISMISSED WITHOUT PREJUDICE**.

_/s/ Martin Reidinger_
Martin Reidinger
United States District Judge