THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00360-MR-DLH

RALPH O'NEIL STARNES, et al.,       )
                                     )
            Plaintiffs,              )
                                     )
      vs.                            )         O R D E R
                                     )
A.O. SMITH CORPORATION, et al.,      )
                                     )
            Defendants.              )
_____)

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Defendant Cleaver-Brooks, Inc. [Doc. 344].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 344] is **GRANTED**, and all of the Plaintiffs' claims against Defendant Cleaver-Brooks, Inc. are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: April 4, 2014

Martin Reidinger
United States District Judge