THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00360-MR-DLH

RALPH O'NEIL STARNES, et al.,   )
                                )
            Plaintiffs,         )
                                )
     vs.                        )      **O R D E R**
                                )
A.O. SMITH CORPORATION, et al., )
                                )
            Defendants.         )
_____ )

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Defendant McWane, Inc., sued as "successor-in-interest to Kennedy Valve Manufacturing Company, Kennedy Valve, Inc., and Kennedy Valve Company" [Doc. 361].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 361] is **GRANTED**, and all of the Plaintiffs' claims against Defendant McWane, Inc., sued as "successor-in-interest to Kennedy Valve Manufacturing Company, Kennedy Valve, Inc., and Kennedy Valve Company" are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**   Signed: April 9, 2014

Martin Reidinger
United States District Judge