THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00360-MR-DLH

| | |
|---|---|
| RALPH O'NEIL STARNES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| A.O. SMITH CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Defendant The Goodyear Tire & Rubber Company [Doc. 366].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 366] is **GRANTED**, and all of the Plaintiffs' claims against Defendant The Goodyear Tire & Rubber Company are hereby **DISMISSED WITHOUT PREJUDICE**.

Martin Reidinger
United States District Judge