THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00360-MR-DLH

| RALPH O'NEIL STARNES, et al., | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| vs. | ) | <u>O R D E R</u> |
| A.O. SMITH CORPORATION, et al., | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss [Doc. 375].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 375] is **GRANTED**, and all of the Plaintiffs' claims against Defendants BW/IP, Inc. and its wholly subsidiaries, sued as "BWIP International, Inc., individually and as successor-in-interest to Byron Jackson Pump Company" and "Flowserve US, Inc. (successor to Byron Jackson Pump Company)" are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: May 26, 2014

Martin Reidinger
United States District Judge