THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00360-MR-DLH

RALPH O'NEIL STARNES, et al., )
)
        Plaintiffs, )
)
vs. )     **O R D E R**
)
A.O. SMITH CORPORATION, et al., )
)
        Defendants. )
_____ )

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss [Doc. 377].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 377] is **GRANTED**, and all of the Plaintiffs' claims against Defendant Riley Power Inc. are hereby **DISMISSED WITHOUT PREJUDICE**.

_/s/ Martin Reidinger_
Martin Reidinger
United States District Judge