THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00360-MR-DLH

RALPH O'NEIL STARNES, et al.,    )
                                 )
            Plaintiffs,          )
                                 )
    vs.                          )          **O R D E R**
                                 )
A.O. SMITH CORPORATION, et al.,  )
                                 )
            Defendants.          )
_____  )

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss [Doc. 387].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 387] is **GRANTED**, and all of the Plaintiffs' claims against Defendant Foster Wheeler Energy Corporation are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge