THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00360-MR-DLH

RALPH O'NEIL STARNES, et al., )
)
        Plaintiffs, )
)
vs. )    **O R D E R**
)
A.O. SMITH CORPORATION, et al., )
)
        Defendants. )
_____ )

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Fisher Controls International LLC, Only [Doc. 392].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 392] is **GRANTED**, and all of the Plaintiffs' claims against Defendant Fisher Controls International LLC are hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

_/s/ Martin Reidinger_
Martin Reidinger
United States District Judge