THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00360-MR-DLH

RALPH O'NEIL STARNES, et al.,         )
                                       )
            Plaintiffs,                )
                                       )
      vs.                              )        **O R D E R**
                                       )
A.O. SMITH CORPORATION, et al.,        )
                                       )
            Defendants.                )
_____)

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Gould Pumps, Inc. Only [Doc. 393].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 393] is **GRANTED**, and all of the Plaintiffs' claims against Defendant Gould Pumps, Inc. are hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

Martin Reidinger
United States District Judge