**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL CASE NO. 1:12-cv-00360-MR-DLH**


| | | |
|---|---|---|
| **RALPH O'NEIL STARNES, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **A.O. SMITH CORPORATION, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |


**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss ITT Corporation Only [Doc. 394].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 394] is **GRANTED**, and all of the Plaintiffs' claims against Defendant ITT Corporation are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge