**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00360-MR-DLH**

| | | |
|---|---|---|
| **RALPH O'NEIL STARNES, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **A.O. SMITH CORPORATION, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

  **THIS MATTER** is before the Court on the parties' Consent Motion to Dismiss CBS Corporation [Doc. 406].

  For the reasons stated in the motion, and for cause shown,

  **IT IS, THEREFORE, ORDERED** that the parties' Consent Motion [Doc. 406] is **GRANTED**, and all of the Plaintiffs' claims against Defendant CBS Corporation (a Delaware Corporation) f/k/a Viacom, Inc. (sued as successor-by-merger to CBS Corporation (a Pennsylvania Corporation) f/k/a Westinghouse Electric Corporation) are hereby **DISMISSED WITHOUT PREJUDICE**.

  **IT IS SO ORDERED.**

Martin Reidinger
United States District Judge