THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00360-MR-DLH

RALPH O'NEIL STARNES, et al.,      )
                                    )
            Plaintiffs,             )
                                    )
     vs.                            )       **O R D E R**
                                    )
A.O. SMITH CORPORATION, et al.,     )
                                    )
            Defendants.             )
_____ )

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Defendant John Crane Inc. [Doc. 405].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 405] is **GRANTED**, and all of the Plaintiffs' claims against Defendant John Crane Inc. are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge