THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00360-MR-DLH

RALPH O'NEIL STARNES, et al.,      )
                                    )
                Plaintiffs,         )
                                    )
      vs.                           )       **O R D E R**
                                    )
A.O. SMITH CORPORATION, et al.,    )
                                    )
                Defendants.         )
_____ )

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Defendant Air & Liquid Systems Corporation [Doc. 425].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 425] is **GRANTED**, and all of the Plaintiffs' claims against Defendant Air & Liquid Systems Corporation, successor-by-merger to Buffalo Pumps, Inc., are hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

*signature*
Martin Reidinger
United States District Judge