THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00360-MR-DLH

RALPH O'NEIL STARNES, et al.,    )
                                  )
          Plaintiffs,             )
                                  )
vs.                               )     **O R D E R**
                                  )
A.O. SMITH CORPORATION, et al.,   )
                                  )
          Defendants.             )
_____  )

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Defendant Crane Environmental, Inc. [Doc. 428].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 428] is **GRANTED**, and all of the Plaintiffs' claims against Defendant Crane Environmental, Inc., sued as Crane Environmental, Inc. (individually and as successor-in-interest to Cochrane Corporation) are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: September 26, 2014

Martin Reidinger
United States District Judge