THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00360-MR-DLH

| | |
|---|---|
| RALPH O'NEIL STARNES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| A.O. SMITH CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Defendant Carrier Corporation [Doc. 426].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 426] is **GRANTED**, and all of the Plaintiffs' claims against Defendant Carrier Corporation (individually and d/b/a Bryant Heating & Cooling Systems) are hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

Signed: September 26, 2014

Martin Reidinger
United States District Judge