THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00360-MR-DLH

RALPH O'NEIL STARNES, et al., )
)
        Plaintiffs, )
)
vs. ) **O R D E R**
)
A.O. SMITH CORPORATION, et al., )
)
        Defendants. )
_____ )

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Atwood & Morrill [Doc. 424].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 424] is **GRANTED**, and all of the Plaintiffs' claims against Atwood & Morrill, improperly pled as Weir Valves & Controls USA, Inc. f/k/a Atwood & Morrill, are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge