THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00360-MR-DLH

RALPH O'NEIL STARNES, et al.,    )
                                 )
          Plaintiffs,            )
                                 )
     vs.                         )    **O R D E R**
                                 )
A.O. SMITH CORPORATION, et al.,  )
                                 )
          Defendants.            )
_____  )

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Defendant Crane Co. [Doc. 427].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 427] is **GRANTED**, and all of the Plaintiffs' claims against Defendant Crane Co. (individually and as successor-in-interest to Chapman Valve Company, Cochrane Corporation and Deming Pump Company) are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: September 26, 2014

Martin Reidinger
United States District Judge