THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00360-MR-DLH

| RALPH O'NEIL STARNES, et al., | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiffs, | ) |  |
|  | ) |  |
| vs. | ) | **O R D E R** |
|  | ) |  |
| A.O. SMITH CORPORATION, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Defendant Viad Corp [Doc. 432].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 432] is **GRANTED**, and all of the Plaintiffs' claims against Defendant Viad Corp f/k/a The Dial Corporation (sued individually and as successor-in-interest to Griscom-Russell Company) are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge