THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00360-MR-DLH

| | |
|---|---|
| RALPH O'NEIL STARNES, et al., ) ) Plaintiffs, ) ) vs. ) ) A.O. SMITH CORPORATION, et al., ) ) Defendants. ) _____ ) | O R D E R |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss General Electric Company, Only [Doc. 444].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Motion [Doc. 444] is **GRANTED**, and all of the Plaintiffs' claims against Defendant General Electric Company are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: October 20, 2014

Martin Reidinger
United States District Judge