THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00360-MR-DLH

| | |
|---|---|
| **RALPH O'NEIL STARNES, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **A.O. SMITH CORPORATION, et al.,** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Metropolitan Life Insurance Company, Only [Doc. 449].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Motion [Doc. 449] is **GRANTED**, and all of the Plaintiffs' claims against Defendant Metropolitan Life Insurance Company are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge